1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

EASTERN DIVISION

11

12

MANUEL FRANCO, JOSE RIOS
AND LUIS RIOS, individually and on
behalf of others similarly situated,

13

14

Plaintiffs,

15

vs.

16

CENTRAL TRANSPORT LLC; and
DOES 1 to 20,

17

18

Defendants.

Case No. 5:19-CV-01464-JGB (SPx)

Hearing Date:   June 6, 2022
Hearing Time:   9:00 a.m.
Courtroom:      1

*Honorable Jesus G. Bernal*

**JUDGMENT IN FAVOR OF
PLAINTIFF LUIS RIOS**

19

20

     On July 9, 2021, Defendant Central Transport LLC ("Defendant" served

21

Plaintiff Luis Rios ("Plaintiff" or "Luis Rios") with an Offer of Judgment in this

22

action pursuant to California Code of Civil Procedure section 998 in the amount of

23

FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), exclusive of attorneys'

24

fees and costs.  The Offer of Judgment further stated that Plaintiff's counsel may

25

seek an award of reasonable attorneys' fees and costs actually incurred as of the

26

date of the Offer in pursuit of Plaintiff's individual claims in the Action and

27

recoverable by law.  In exchange for the offer, Plaintiff will release all of his

28

-1-
**JUDGMENT**

individual claims in the Action, and will file a dismissal of his individual claims alleged in the Action with prejudice.

On August 17, 2021, Plaintiff accepted Defendant's Offer of Judgment. (Dkt. No. 40.)

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendant the total sum of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), plus costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendant for the total sum of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), plus costs and attorneys' fees

**IT IS SO ORDERED.**

Dated: June 2, 2022

HON. JESUS G. BERNAL
United States District Judge

1247628/66389738v.1

**JUDGMENT**