UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MANUEL FRANCO, JOSE RIOS AND LUIS RIOS, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CENTRAL TRANSPORT LLC; and DOES 1 to 20,<br><br>　　　　　　　Defendants. | Case No. 5:19-CV-01464-JGB (SPx)<br><br>Hearing Date:　June 6, 2022<br>Hearing Time:　9:00 a.m.<br>Courtroom:　　1<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF JOSE RIOS** |

　　　On July 9, 2021, Defendant Central Transport LLC ("Defendant" served Plaintiff Jose Rios ("Plaintiff" or "Jose Rios") with an Offer of Judgment in this action pursuant to California Code of Civil Procedure section 998 in the amount of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), exclusive of attorneys' fees and costs.  The Offer of Judgment further stated that Plaintiff's counsel may seek an award of reasonable attorneys' fees and costs actually incurred as of the date of the Offer in pursuit of Plaintiff's individual claims in the Action and recoverable by law.  In exchange for the offer, Plaintiff will release all of his

-1-

**JUDGMENT**

individual claims in the Action, and will file a dismissal of his individual claims alleged in the Action with prejudice.

On August 17, 2021, Plaintiff accepted Defendant's Offer of Judgment. (Dkt. No. 39.)

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendant the total sum of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), plus costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendant for the total sum of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), plus costs and attorneys' fees

**IT IS SO ORDERED.**

Dated: June 2, 2022

HON. JESUS G. BERNAL
United States District Judge