UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FRANCO, JOSE RIOS AND LUIS RIOS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CENTRAL TRANSPORT LLC; and DOES 1 to 20,<br><br>　　　　　　　Defendants. | Case No. 5:19-cv-01464-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

### **JUDGMENT**

Pursuant to the "Order Granting-In-Part Plaintiffs' Motion for Attorneys' Fees" (Dkt. No. 74) and the "Bill of Costs" (Dkt. No. 65), **IT IS HEREBY ORDERED THAT**: Plaintiffs are entitled to $161,918.25 in attorneys' fees and $520 in costs.

**IT IS SO ORDERED.**

Dated: November 15, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　United States District Judge