Christian Keeney CA Bar No. 269533
christian.keeney@ogletreedeakins.com
Alis M. Moon CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant Central Transport LLC

Sandra H. Castro, Esq. SBN#207475
Kathleen A. Juarez (Castro), Esq. SBN#312495
LAW OFFICES OF SANDRA H. CASTRO, INC.
3200 Inland Empire Blvd., Ste. 265
Ontario CA 91764
Telephone No: (909)989-2700
Facsimile No: (909)989-2733
castro@lawservicesonline.com
kathleen@lawservicesonline.com

Kristen B. Brown, Esq. SBN#208030
LAW OFFICES OF KRISTEN B. BROWN
900 W. 17th St., Ste. C
Santa Ana CA 92706
Telephone No: (714)564-7695
Facsimile No: (714)766-8440
krisbrownesq@yahoo.com

Attorneys for Plaintiffs Manuel Franco, Jose Rios, and Luis Rios, individually

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MANUEL FRANCO, JOSE RIOS AND LUIS RIOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL TRANSPORT LLC; and DOES 1 to 20,<br><br>Defendants. | Case No. 5:19-cv-01464-JGB-SP<br><br>**STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: January 25, 2019<br>Trial Date: None set<br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Sheri Pym |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of the 998 Offers For To Compromise accepted and filed with this Court and a negotiated settlement executed by Plaintiffs as to the Judgment entered by this Court in favor of Plaintiffs for Attorneys' Fees and Costs, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties.

IT IS SO STIPULATED.

DATED: April 3, 2023          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Alis M. Moon*
Christian Keeney
Alis M. Moon
Attorneys for Defendant
Central Transport LLC

DATED: April 3, 2023          LAW OFFICES OF SANDRA H. CASTRO, INC.

By: */s/ Sandra H. Castro*
Sandra H. Castro
Kathleen A. Juarez
Attorneys for Plaintiffs Manuel Franco, Jose Rios, and Luis Rios, individually

DATED: April 3, 2023          LAW OFFICES OF KRISTEN B. BROWN

By: */s/ Kristen B. Brown*
Kristen B. Brown
Attorneys for Plaintiffs Manuel Franco, Jose Rios, and Luis Rios, individually

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

*/S/ Alis Moon*_____
Alis Moon